O/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GARCIA-CORTEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JACK FOX,<br><br>    Respondent. | Case No. CV 14-8744 PSG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

DATED: December 12, 2014

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE